UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN LOREN HUGGINS, ) | |
| ) | CASE NO. C13-0869-RSL-MAT |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | REPORT AND RECOMMENDATION |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. The parties now stipulate this case should be reversed and remanded for further proceedings. (Dkt. 18.)

Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge shall update the medical record, obtain vocational expert testimony, offer the claimant the opportunity for a new hearing, and issue a new decision.

The Court recommends that United States District Judge Robert S. Lasnik immediately

REPORT AND RECOMMENDATION
PAGE -1

01 approve this Report and Recommendation and order the case REVERSED and REMANDED
02 for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  A
03 proposed order accompanies this Report and Recommendation.

04      DATED this 25th day of October, 2013.

/s/ Mary Alice Theiler
Mary Alice Theiler
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2